MARK MAUSERT
Nevada State Bar No. 2398
CODY OLDHAM
Nevada State Bar No. 14594
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477 Telephone
(775) 786-9658 Facsimile
mark@markmausertlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW BRIGGS, | **Case No.: 3:18-cv-00403-MMD-WGC** |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| BLIND ONION PIZZA & PUB, LLC and DOES I-X, | |
| Defendants. | |

Plaintiff, ANDREW BRIGGS, and Defendant, BLIND ONION PIZZA & PUB, LLC, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

//

//

//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: March 6, 2019.
LAW OFFICE OF MARK MAUSERT

/s/ Mark Mausert
MARK MAUSERT
CODY OLDHAM

Attorneys for Plaintiff

Dated: March 6, 2019.
ROBISON, SHARP, SULLIVAN & BRUST

/s/ Frank Gilmore
FRANK C. GILMORE

Attorneys for Defendant

**IT IS SO ORDERED.**

Dated this __6th__ day of __March__, 2019.

_____
UNITED STATES DISTRICT JUDGE